

FILED
DEC 14 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| Plaintiff, | ) | 1:20 CR 826 |
| v. | ) | CASE NO. _____ |
| GARY NORTON, | ) | Title 18, United States Code, Section 1503 |
| Defendant. | ) | |

JUDGE POLSTER

GENERAL ALLEGATIONS

At all times relevant to this Information, unless otherwise stated:

1. The Federal Bureau of Investigation ("FBI") and Department of Housing and Urban Development, Office of the Inspector General ("HUD-OIG"), were part of the executive branch of the Government of the United States.

2. In or around May 2017, the United States Attorney's Office for the Northern District of Ohio ("USAO-NDOH"), along with FBI and HUD-OIG, initiated a federal grand jury investigation involving Defendant GARY NORTON and others in connection with allegations of fraud and bribery.

COUNT 1
(Obstruction of Justice, 18 U.S.C. § 1503)

The United States Attorney charges:

3. The allegations set forth in paragraphs 1 and 2 are realleged and incorporated by reference as though fully set forth herein.

4. In or around September 2018, in the Northern District of Ohio, Eastern Division, Defendant GARY NORTON did corruptly endeavor to influence, obstruct, and impede the due administration of justice, to wit:

 a. On or about September 17, 2018, FBI agents interviewed Defendant in connection with the grand jury investigation. During this interview, the FBI agents advised Defendant of the nature of their investigation and instructed Defendant not to speak to anyone about their conversation, other than his attorney.

 b. Later that same day, Defendant met with V.V. (charged separately) and told her about his interview with the Special Agents and the pending investigation.

 c. When FBI and HUD-OIG agents asked Defendant whether he had spoken to anyone else about the investigation, Defendant falsely told them that he had not discussed the investigation with anyone other than his attorney.

5. As a result of Defendant's actions, the FBI and HUD-OIG were impeded in their ability to collect additional evidence in their investigation.

All in violation of Title 18, United States Code, Section 1503.

JUSTIN E. HERDMAN
United States Attorney

By: ROBERT E. BULFORD
Chief, Criminal Division