UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR826 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN A. POLSTER |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY NORTON, | ) | **Unopposed Motion of Gary Norton for** |
| | ) | **Permission to Travel to Phoenix Arizona** |
| Defendant. | ) | |

Now comes Gary Norton, by and through the undersigned counsel, and moves this Court for the entry of an order permitting him to travel outside the Northern District of Ohio to Phoenix Arizona to attend a college graduation. The United States Attorney's Office has been apprised of this travel engagement and does not object to this motion. A Brief in support of this motion is attached.

Respectfully submitted,

 /s/ John R. Mitchell
JOHN R. MITCHELL
Ohio Bar Reg. No. 0066759
John.Mitchell@ThompsonHine.com
Thompson Hine, LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
(216) 566-5500

*Attorney for Gary Norton*

## BRIEF

On January 12, 2021, defendant Gary Norton entered a plea of guilty to an information filed on December 14, 2020, charging one count of Obstruction of Justice. Mr. Norton accepted responsibility for his actions, and he is awaiting sentencing on May 13, 2021.

Mr. Norton is not a flight risk, and he has scrupulously observed all conditions of release. He has numerous ties to this community, where he has lived most of his adult life, and he currently resides in Cleveland, Ohio. Mr. Norton shares custody of his three children with his ex-wife and is very involved in his childrens' lives. He is gainfully employed, working as a car salesman at the Spitzer Automotive Group in Euclid, Ohio. For these reasons and others, Mr. Norton poses no risk of flight.

Mr. Norton's pretrial services and probation officer, Kevin Clements, requested that Mr. Norton seek this Court's approval for a planned trip to Phoenix, Arizona to attend his nephew's college graduation. Mr. Norton is scheduled to leave on Friday, April 23, 2021 and return the Sunday, April 25, 2021. If the Court grants this motion, Mr. Norton plans to stay at an Air B&B in the Phoenix area and will provide this location to Mr. Clements prior to leaving this jurisdiction.

On Tuesday, April 13, 2021, counsel for Mr. Norton discussed this proposed travel with AUSA Chelsea Rice. AUSA Rice has no objection to Mr. Norton's proposed travel to Phoenix.

## CONCLUSION

For the foregoing reasons, Mr. Norton respectfully seeks the entry of an order permitting him to travel outside the Northern District of Ohio to Phoenix Arizona from Friday, April 23, 2021 through Sunday, April 25, 2021.

Respectfully submitted,

 /s/ John R. Mitchell
JOHN R. MITCHELL
Ohio Bar Reg. No. 0066759
John.Mitchell@ThompsonHine.com
Thompson Hine, LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
(216) 566-5500

*Attorney for Gary Norton*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing ***Unopposed Motion of Gary Norton for Permission to Travel to Phoenix Arizona*** was served by the Court's electronic filing system this 13th day of April 2021, upon the following:

    Chelsea S. Rice
    Vanessa Healy
    Assistant United States Attorneys
    United States Attorney's Office, Northern District of Ohio
    801 W. Superior Avenue, Suite 400
    Cleveland, Ohio 44113

                                          /s/ John R. Mitchell
                                          *Attorney for Gary Norton*